People v E.R. (2025 NY Slip Op 05927)

People v E.R.

2025 NY Slip Op 05927

Decided on October 28, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 28, 2025

Before: Webber, J.P., Kennedy, Pitt-Burke, O'Neill Levy, JJ. 

Ind. No. 1478/19|Appeal No. 5104|Case No. 2024-07795|

[*1]The People of the State of New York, Respondent,
v
E.R., Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Benjamin Wiener of counsel), for appellant.

Judgment of resentence, Supreme Court, Bronx County (Raymond L. Bruce, J., at plea and sentencing), rendered on or about December 10, 2024, convicting defendant, upon his plea of guilty, of violation of probation, revoking a prior sentence of probation and resentencing him to a term of 1 to 3 years of imprisonment, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the sentence of imprisonment to a term of one year, and otherwise affirmed.
We find the sentence excessive to the extent indicated. The record does not establish a valid appeal waiver.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 28, 2025